United States District Court
Boston Mass.

Emergency Motion For Complaint.

**10 CA 12214 GAO**

Michael DeFeudis
Plaintiff Pro Se

Nancy DeFeudis et al
Defendants namely Her Attorneys

Judge Kenny
Judge Rocket           All of the Middlesex Probate
Judge Langlois         Court Cambridge
Judge McSweeney

John + Jane Does
Correspondent + Co Conspirators

The Plaintiff requests Trial by Jury

Jurisdictional issues are not Domestic issues. They are for matter and purpose issues derived by Depriviation of Equal Access to the courts 28 USC 1331 Equal Protection of the Law 28 USC 1331, and gender bias 28 USC 1983. Jurisdiction as per 28 USC 1332

As per the 14th Amendment the Plaintiff complains that a court Judgement had been rendered on Dec 8, 2010 by the Probate court and the defendants fail to abide by that Judgement as of this day

The Plaintiff has approached that Probate court to file appropriate motions and

Filing to expedite those matter ajudged and to correct that court's incorrect findings. The Plaintiff was refused a hearing or establish an emergency trial to correct the missive acts of the Defendant. On Dec 17, 2010, Dec 20, 2010. And Dec 21, 2010. On Non of the afore mentioned dates would the clerks nor the Judge hear or respond to the appropriate motions attempted to be filed by the Plaintiff. These individual, clerks and Judge Refused to address nor prepare nor to give equal court time to the Defendant to establish his complaint.

Time is of the essence for the primary judgment of Dec 8, was to allow the Plaintiff and children their 1st Amendment Right to Freedom of Family and the Plaintiff has been patient for 7 years in order for that right to be accomplished and condoned by the Court.

This is not the 1st time this court has not given the Plaintiff his due process rights to Equal access to the courts and Equal protection of the Law.

To name several apparent court violation the court has refused to acknowledge are August 2006, April 5, 2007, July 11, 2009 and current Dec 17, 20, 21.

This court has determined that it favors the Defendant and is reluctant to abide by state law, state case law, Mass practice, Federal law and Federal case law. And disregards the god given, common law practice of freedom of family described in all the above mentioned agendas.

Even when the court makes judgement the court is reluctant to uphold it's own decisions. And even allow the Plaintiff to be removed from the court of it's own jurisdiction without a contempt complaint establish by the Cambridge police dept without orders from this court. And had there by denied equal protection of the law and equal access to the court where the Plaintiff had a long awaited contempt complaint scheduled to be tried.

The Cambridge Probate court demonstrates gender bias and refuses to correct its violations of law on many occasions.

The Plaintiff and his sons have suffered long enough. The boy are 14 + 17 and are of above ordinary intelligence. The Plaintiff father was their primary care giver for 11 years and has never been proved otherwise.

There are other pressing issues that must be addressed. but are not of such

substantial and Emergency basis as the 1st Amendment Right to Freedom of Family

The Plaintiff initially request that this Federal court allow the Family to Reunite as proscribed by Law and Probate court Judgment of Dec 8, 2010.

The Plaintiff requires that the sons and Father be Re-inbursed For their lost time together and is basing the Loss on Prior 2006 case Law in Federal court of $95,000 per child per year. And to be born by each, individually, Defendant. And access Fines to the Judges, Middlesex County Probate court and it's employees whom have abetted the cause of the violations. And Reunite the Father & son as soon as possible.

Respectfully submitted

Dec 21, 2010

Michael DeFendis

*(signature)*